NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL PRODUCTS, INC.,**
*Plaintiff-Appellant*

**v.**

**JACK H. DOVEY, JR.,**
*Defendant-Appellee*

---

2026-1467

---

Appeal from the United States District Court for the Western District of Washington in No. 2:25-cv-00730-DGE, Chief Judge David G. Estudillo.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of National Products, Inc.'s unopposed motion to voluntarily dismiss its appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

July 31, 2026
Date

ISSUED AS A MANDATE:  July 31, 2026